**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BRIDGET FERNANDEZ,      :   No. 341 MAL 2017
: 
       Respondent     : 
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
       v.                 : 
: 
: 
ERIE INSURANCE GROUP,      : 
: 
       Petitioner      : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.